Opinion
issued June 14, 2012.

 



 

In The

Court of Appeals

For The

First District of Texas

 



 

NO. 01-10-00769-CV

 



 

Robert
Lynn Stubbs, Appellant

 

V.

 

Tracie
Renee Stubbs, Appellee

 



 

On Appeal from the 309th
District Court

Harris County, Texas

Trial Court Cause No. 2009-73432

 



 

MEMORANDUM
OPINION








Appellant, Robert Lynn Stubbs, has failed to
timely file a brief.  See Tex. R. App. P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of
appellant to file brief).  After being
notified that this appeal was subject to dismissal, appellant did not
adequately respond.  See Tex. R. App. P. 42.3(b) (allowing
involuntary dismissal of case).

We dismiss the appeal for want of prosecution
for failure to timely file a brief.  

We dismiss any pending motions as moot.

PER
CURIAM

Panel consists of Justices Bland, Massengale, and Brown.